01
02
03
04
05
06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                   AT SEATTLE

08   UNITED STATES OF AMERICA,              )
                                            )   CASE NO. MJ 16-354
09            Plaintiff,                     )   ED/WA No:   CR16-128 TOR
                                            )
10            v.                             )
                                            )   DETENTION ORDER
11   JUSTIN MICHAEL HASAN,                   )
                                            )
12            Defendant.                     )
     _____ )

13

14   Offense charged:      Manufacture of Counterfeit Currency; Manufacture of Counterfeit

15   Currency (9 counts); Forfeiture allegations

16   Date of Detention Hearing:    August 22, 2016.

17        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19   that no condition or combination of conditions which defendant can meet will reasonably

20   assure the appearance of defendant as required and the safety of other persons and the

21   community.

22   / / /

DETENTION ORDER
PAGE -1

01          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

02          1.      Defendant was indicted for the above-referenced charges in the Eastern District

03   of Washington.   Defendant has waived an identity hearing and an order of transfer has been

04   signed.

05          2.      Defendant's criminal record includes similar charges, the disposition of which

06   some are unknown.   There are active warrants from Mount Vernon, Washington and Colfax

07   Washington, as well as non-extradition warrants from California and Florida.

08          3.      The AUSA alleges that defendant attempted to flee from officers when arrested

09   on the instant charges and has previously provided alias names to officers.

10          4.      Defendant poses a risk of nonappearance due to limited ties to this District,

11   uncertain unemployment and residential status, a history of bench warrant activity with active

12   warrants.   Defendant poses a risk of financial danger due to criminal history.   The issue of

13   detention could be re-addressed at defendant's first appearance in the charging District.

14          5.      There does not appear to be any condition or combination of conditions that will

15   reasonably assure the defendant's appearance at future Court hearings while addressing the

16   danger to other persons or the community.

17   It is therefore ORDERED:

18      1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

19          General for confinement in a correction facility separate, to the extent practicable, from

20          persons awaiting or serving sentences or being held in custody pending appeal;

21      2.  Defendant shall be afforded reasonable opportunity for private consultation with

22          counsel;

DETENTION ORDER
PAGE -2

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 22nd day of August, 2016.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3